# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **TRACY PHIL CHASTAIN,** <br><br> Plaintiff, <br><br> v. <br><br> **OFFICER JOHN BARBER,** <br><br> Defendant. | Civil Action No. 7:09-CV-26 |

## ORDER

A pretrial conference was held in this case on October 6, 2010. This Order will memorialize the rulings made from the bench.

1. It is ordered that Franklin Dixon, Craig Gaskins, and Ivory Kelly are to be produced for trial on October 18, 2010 in Valdosta. Separate orders regarding the witnesses' production for trial will be entered shortly. It is the Court's understanding from counsel for Defendant that Franklin Dixon is currently incarcerated at Baldwin State Prison, and Craig Gaskins and Ivory Kelly are incarcerated at Augusta State Medical Prison. Counsel for Defendant are instructed to immediately contact the Court if there are any problems with the production of these witnesses.

2. Plaintiff has withdrawn his request that Defendant be fired from his job. Accordingly, any request for injunctive relief is moot. Plaintiff will be restricted to a claim for nominal monetary damages during the trial of this case.

3. Motions in limine are due on or before October 8, 2010. Proposed voir dire questions are due on or before October 12, 2010.

4. Plaintiff is to be produced for trial on October 18, 2010 in Valdosta. A separate order regarding Plaintiff's production for trial will be entered shortly.

**SO ORDERED**, this the 6th day of October, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh